UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

## CIVIL COURTROOM MINUTES - GENERAL

**Case No.**   3:12-mc-32   **At**   Knoxville   **Date**   January 17, 2013

**Style**   Norfolk Southern Railway Company, et al.,   **vs**   Pittsburgh & West Virginia Railroad, et al.,

**PRESENT:**
**Honorable C. Clifford Shirley, Jr., United States Magistrate Judge**

Jolene Owen
**Court Reporter**

| | |
|---|---|
| Leah McClanahan | Rachel Stone |
| **Law Clerk** | **Courtroom Deputy** |

| **ATTORNEY PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Raymond G. LeWallen | Edward Gilbert |
| | Katherine Layman |

**PROCEEDINGS:**
**MOTION HEARING–** Parties presented to address Doc. [1], Motion to Quash Non-Party Subpoena to C. Howard Capito and for Protective Order by Wheeling & Lake Erie Railway Company. The court will take this matter under advisement. Order to follow.

Time: 9:30 to 11:30